AO 93 (Rev. 11/13) Search and Seizure Warrant

HH

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Polaroid 600 film obtained during the execution of a search warrant at the residence of Larry D. Porter, 9418 Lick Run Lyra, Wheelersburg, OH, and currently held in FBI secure evidence storage, 425 W. Nationwide, Columbus, OH

Case No. 2:22-mj-246

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____Ohio____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before ____April 20, 2022____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____SD Ohio Clerk____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ____

Date and time issued: ____April 6, 2022   3:15 PM____

City and state: ____Columbus, Ohio____

Kimberly A. Jolson
United States Magistrate Judge

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
|  | 4-12-22 @ 12:00p | N/A |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

1 - Polaroid Camera 600 Film

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-13-22

SA E. T̶r̶o̶s̶s̶
*Executing officer's signature*

SA E. Travis Aaron
*Printed name and title*

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

The device to be searched is:

**(1) Polaroid Camera 600 Film**

The item described above was seized during a search of Larry D. Porter's residence, located at 9418 Lick Run Lyra Wheelersburg, Ohio 45694, and is currently being held in the FBI Columbus, OH secure evidence storage located at 425 West Nationwide, Columbus, Ohio 43215.

This warrant authorizes law enforcement to develop the film or otherwise utilize the scientific processes necessary to convert the SUBJECT ITEM into a format that is visible to the human eye, for the purpose of identifying the stored information described in Attachment B.

## ATTACHMENT B
## PROPERTY TO BE SEIZED

The following materials which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Sections 1591, 2251, 2252, and 2252A.

1. Any and all child pornography images and/or visual depictions of minors engaged in sexually explicit conduct, as those terms are defined in 18 U.S.C. § 2256.

2. Any and all visual depictions of minors, whether clothed or not, for comparison to any child pornography or child erotica found during the execution of this search warrant or obtained during the course of this investigation.

3. Any and all photographic images that tend to reveal who owned or used the SUBJECT ITEM and/or where, when and how the SUBJECT ITEM was used.